EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Nombramiento del Alguacil | 2014 TSPR 80 <br><br> 191 DPR ____ |

Número del Caso: EN-2014-3

Fecha: 14 de julio de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Nombramiento del Alguacil

EN-2014-03

*Resolución*

En San Juan, Puerto Rico, a 14 de julio de 2014.

Se enmienda *nunc pro tunc* nuestra resolución de 27 de junio de 2014, para que lea de la siguiente manera:

"El Tribunal designa al Sr. Miguel Hernández Martínez para ocupar el cargo de Alguacil del Tribunal Supremo, efectivo el 1 de julio de 2014.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino."

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo